3:25MJ5156

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael A. Noel Jr., Special Agent (SA) with the Drug Enforcement Administration (DEA), Toledo Resident Office (TRO), Toledo, Ohio, being duly sworn depose and state as follows:

1. I am a SA of the DEA assigned to the TRO.  I have been employed by the DEA as a SA since December 2008.  During that time, I have investigated cases involving all manner of drug offenses.  As a SA of the DEA, I am authorized to investigate violations of federal drug trafficking and narcotics offenses.

2. During my career in law enforcement, I have received training at the DEA Academy in Quantico, Virginia, and continue to receive professional training in the areas of narcotics trafficking investigations.  I have participated in investigations involving the following types of drugs including, but not limited to, cocaine, methamphetamine, MDMA, fentanyl, heroin, hydrocodone, oxycodone, and marijuana.  I am personally familiar with and have used all normal methods of investigation including, but not limited to, physical surveillance, electronic surveillance, informant and witness interviews, interrogation, undercover operations and search warrant executions.

3. I make this affidavit in support of a criminal complaint against Ternel HUGGINS aka Ternel SMITH.  The facts in this affidavit come from my personal observations, training, experience, and information obtained from other law enforcement agents.

4. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation.  I have set forth only those facts I believe necessary to establish probable cause that HUGGINS aka

1

SMITH has committed violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B) and (b)(1)(C) – Possession with Intent to Distribute Controlled Substances.

5. After an investigation into HUGGINS aka SMITH revealed that he was distributing quantities of fentanyl and methamphetamine in and around the Toledo, Ohio area, investigators obtained state search warrants for two houses associated with HUGGINS aka SMITH and his drug trafficking activities.

6. The first warrant was for HUGGINS' aka SMITH'S primary residence located on 108th Street in Toledo, Ohio. HUGGINS aka SMITH was present in the residence at the time the warrant was executed and a subsequent search of the residence resulted in the seizure of, among other things, approximately 136 grams of fentanyl, 57.7 grams of methamphetamine, a blender, packaging materials, a respiratory mask and $4,603 dollar in U.S. Currency. Also present during execution of this warrant was HUGGINS' aka SMITH'S minor child.

7. The second warrant was for a residence owned by HUGGINS aka SMITH located on Jermain Drive in Toledo, Ohio. No one was present at the time this warrant was executed and a subsequent search of the residence resulted in the seizure of, among other things, approximately 16 grams of fentanyl and 81.8 grams of methamphetamine.

8. A check of law enforcement databases shows that HUGGINS aka SMITH has prior convictions in the State of Ohio for Carrying a Concealed Weapon, Burglary, Possession of Drugs, Drug Abuse, Attempted Aggravated Possession of Drugs, Attempted Trafficking in Drugs and Attempted Possession of Drugs.

9. Based on the information contained in this affidavit, I believe probable cause exists that

on June 21, 2024 Ternel HUGGINS aka Ternel SMITH committed violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B) and (b)(1)(C) – Possession with Intent to Distribute Controlled Substances.

Respectfully submitted,

_____
DEA SA Mike Noel

Sworn to via telephone on this   21st  day of April, 2025
after submission by reliable electronic means.
Fed.R.Crim.P.4.1 and 41(d)(3).

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE